UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: 5:16-MJ-1680

UNITED STATES OF AMERICA

vs.

ORDER

JAMES WAINSCOAT

IT IS HEREBY ORDERED that government trial exhibits **6-16** admitted into evidence on June 7, 2017, be retained by the Government pending the disposition of this case.

SO ORDERED. This 7th day of June, 2017.

Kimberly A. Swank
U.S. Magistrate Judge